**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CARMEN RIVERA, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

NEXTGEN LEADS LLC D/B/A FIRSTQUOTE HEALTH,

Defendant.

Case No. 3:26-cv-03049-RBM-JAC

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Carmen Rivera, and Defendant, NextGen Leads LLC d/b/a FirstQuote Health pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), do hereby stipulate to the dismissal this action as follows:

1. All claims of the Plaintiff, Carmen Rivera, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice, with each party to bear their own fees and costs.

Dated: October 20, 2026

Respectfully submitted,

By: */s/ Scott Edelsberg*

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff*

Dated: October 20, 2026

Respectfully submitted,

By: */s/Kevin M. Danielczyk*

**VORYS SATER SEYMOUR AND PEASE LLP**
Kevin M. Danielczyk (SBN 364357)
2211 Michelson Dr., Suite 500
Irvine, CA 92612
Telephone: 949-525-7908
kmdanielczyk@vorys.com

*Counsel for Defendant, NextGen Leads LLC*

*d/b/a FirstQuote Health*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of October 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,
*/s/ Scott Edelsberg*