**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMEN RIVERA, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>NEXTGEN LEADS LLC, doing business as Firstquote Health,<br>Defendant. | Case No.: 3:26-cv-03049-RBM-JAC<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[Doc. 12]** |

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice ("Joint Stipulation"). (Doc. 12.) On September 18, 2025, the Parties settled the case before Magistrate Judge Cabral, who ordered the Parties to file a joint motion for dismissal on or before October 22, 2026. (*See* Doc. 11 at 1.) Pursuant to that Order, the Parties now stipulate that all claims of the Plaintiff, individually, are "hereby dismissed with prejudice" and all claims of any unnamed member of the alleged class are "hereby dismissed without prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 12 at 2.) In addition, the Parties stipulate that each party shall bear their own fees and costs. (*Id.*) The Joint Stipulation is **GRANTED**. All claims of the Plaintiff, individually, are **DISMISSED with prejudice**. All claims of any unnamed member of the alleged class are hereby **DISMISSED without prejudice**. The Clerk of Court is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

DATE: October 20, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE